AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case No.1:23-mj-64 |
| Stacey Lynn Stephens | ) Assign to: Magistrate Judge Zia M. Faruqui |
| | ) Date: 03/24/2023 |
| | ) Description: COMPLAINT WITH ARREST WARRANT |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Stacey Lynn Stephens   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in any of the Capitol Buildings.

Date: 03/24/2023                                Zia M. Faruqui
                                                Digitally signed by Zia M. Faruqui
                                                Date: 2023.03.24 12:37:22 -04'00'
                                                *Issuing officer's signature*

City and state:   Washington, D.C.              Zia M. Faruqui, U.S. Magistrate Judge
                                                *Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/24/23, and the person was arrested on *(date)* 3/29/23
at *(city and state)* Broad Run, VA.

Date: 3/30/23                                   *Arresting officer's signature*

                                                Bela Schuler   FBI SA
                                                *Printed name and title*